David W. Dow (#007377)
Jennifer L. Ghidotti (#033071)
**DOW LAW OFFICE**
3104 E. Camelback #281
Phoenix, Arizona 85016
Phone: 480.776.5039
Fax: 480.945.0553
Ddowlaw1@gmail.com; Jlevine@ddowlaw.com
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| Krystofer Lee, | Case No. 2:20-cv-2456-SMB |
| Plaintiff, | |
| v. | **Plaintiff's Demand for Jury Trial** |
| City of Phoenix, a municipality and jural entity; Sean Pena, an individual acting under the color of law; John Does I-V, an individual(s), acting under the color of law, and Jane Does I-V, an individual(s), acting under the color of law; XYZ Corporations; ABC LLCs | |
| Defendants. | |

Plaintiffs, by and through undersigned counsel, demands a trial by jury in this matter on all triable issues.

RESPECTFULLY SUBMITTED this 23rd day of December, 2020.

**DOW LAW OFFICE**

By: ___*David W. Dow*___
David W. Dow

- 1 -

3104 E. Camelback Road, Suite 281<br>
Phoenix, AZ 85016<br>
*Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on December 23, 2020, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

**Kathleen L. Wieneke, Bar #011139**
**Christina Retts, Bar #023798**
**WIENEKE LAW GROUP, PLC**
**1095 West Rio Salado Parkway, Suite 209**
**Tempe, AZ 85281**
**Telephone: (602) 715-1868 Fax:**
**(602) 455-1109**
**Email: kwieneke@wienekelawgroup.com**
**Email: cretts@wienekelawgroup.com**

By: */s/ David W. Dow*