IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Krystofer Lee, | No. CV-20-02456-PHX-SMB |
| Plaintiff, | **ORDER** |
| v. | |
| City of Phoenix, et al., | |
| Defendants. | |

Upon review of the Parties Joint Motion to Stay Proceedings for Forty-Five Days (Doc. 30) and good cause therein,

**IT IS HEREBY ORDERED** the Motion is **GRANTED**.

**IT IS FURTHER ORDERED** staying proceedings and rulings on all outstanding Motions for a period of forty-five (45) days.

Dated this 25th day of February, 2021.

_____
Honorable Susan M. Brnovich
United States District Judge